UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

        Plaintiff,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Defendants.

Civil Action No. 25-4089 (AHA)

## JOINT STATUS REPORT

Pursuant to the Court's May 11, 2026, Minute Order, Plaintiff Democracy Forward Foundation and Defendants Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully submit the Parties' second joint status report.

This case concerns Plaintiff's Freedom of Information Act ("FOIA") requests for records submitted on October 7 and 17, 2025.  *See* Compl. (ECF No. 1).  DHS and ICE received FOIA requests from Plaintiff on October 7 and 17, 2025.

Defendants previously reported interruptions and challenges to processing the FOIA requests due to lapses in appropriations for DHS and ICE.  In the last status report, Defendants reported that appropriations were restored to DHS.  Since the last status report, the President signed into law a bill restoring appropriations to ICE on June 10, 2026.  This included funding for ICE's FOIA operations.

Defendants report that the status of Plaintiff's FOIA requests is as follows, specifying separate statements for each Defendant:

**DHS**

Defendant DHS received Plaintiff's October 7, 2025, request for "all raw video and or/audio footage in the possession of DHS and/or ICE of the South Shore Chicago apartment complex raid conducted on or around September 30, 2025, in which dozens of individuals were detained and from which DHS published edited footage." DHS worked directly with ICE to jointly review search results and identify non-duplicative responsive records. Additionally, DHS' Office of Public Affairs conducted a search of its records and found zero raw video or audio records responsive to this request.

Defendant DHS also received Plaintiff's October 17, 2025, request for all records disseminated to ICE officers in the division of Enforcement and Removal Operations ("ERO") regarding, among other things, operations and arrests, detention, training provided to ICE ERO officers regarding the Fourth Amendment and other constitutional rights. On November 22, 2025, DHS acknowledged receipt of the October 17, 2025, request and transferred the requests to ICE for processing. Based on the Court's Order issued March 5, 2026, DHS recalled an employee from its FOIA office and consulted with ICE on searching for records subject to this request. DHS maintains that ICE would primarily be the records custodian for these records. DHS worked with ICE to ensure that there are no other responsive records maintained by DHS that are not also maintained by ICE.

**ICE**

Defendant ICE received Plaintiff's October 7, 2025, request for "all raw video and or/audio footage in the possession of DHS and/or ICE of the South Shore Chicago apartment complex raid conducted on or around September 30, 2025, in which dozens of individuals were detained and from which DHS published edited footage." ICE reports that 13 videos were produced and sent

to Plaintiff  on or about June 30, 2026.  ICE responded to a question Plaintiff had about FOIA exemptions asserted with respect to these video files on July 9, 2026.

Defendant ICE also received Plaintiff's October 17, 2025, request for all records disseminated to ICE officers in the division of Enforcement and Removal Operations ("ERO") regarding, among other things, operations and arrests, detention, training provided to ICE ERO officers regarding the Fourth Amendment and other constitutional rights.  ICE reports that this request was tasked by ICE FOIA to ERO which completed its search for responsive records. ICE located 846 pages of potentially responsive records which were produced and sent to Plaintiff on or about April 30, 2026.

Plaintiff has raised some concerns with ICE regarding the search and exemption assertions in the above-referenced production. ICE proposed a supplemental production to address Plaintiff's search concerns and anticipates all supplemental production will be produced on or about July 31, 2026.

***

Jointly, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in sixty days, on September 8, 2026, updating the Court on the status of the processing of Plaintiff's FOIA requests and the parties' conferral.

Dated: July 10, 2026
Washington, D.C.

By: */s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

 *Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Mason D. Bracken*
     MASON D. BRACKEN
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     Telephone: (202) 252-2523
     mason.bracken@usdoj.gov

*Attorneys for the United States of America*